# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

OFFICE OF DISCIPLINARY COUNSEL,  : No. 67 WM 2016

Respondent  :

v.  :

JOSEPH R. REISINGER,  :

Petitioner  :

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of July, 2016, the Application for Extraordinary Relief is **DENIED**.

   Justice Mundy did not participate in the consideration or decision of this matter.